394 A.2d 625

Nicholas, Appellant, v. Nicholas.

Argued June 13, 1978. Allen L. Feingold, for appellant; Herbert K. Sudfeld, Jr., with him William M. Power, for appellee.

Order affirmed.

PRICE and SPAETH, JJ., would quash the appeal.

JACOBS, P. J., did not participate in the consideration or decision of this case.

394 A.2d 625

Northern Tier Foundation v. Tama, Appellant.

Argued June 12, 1978. Michael J. DeSisti, with him David B. Keeffe, for appellant; Andrew Duvall, for appellee.

Decree affirmed.